UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DK Real Estate Group LLC and DK Builders Group Inc.,

                                                Plaintiffs,

-against-

Klearwall Industries, LLC and Munster Joinery,

                                                Defendants.

1:18-cv-07439 (LGS) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to confer and, no later than Friday, February 28, 2020, file a joint letter indicating whether they wish to schedule a Settlement Conference in the above-captioned action and, if so, proposing three mutually-agreeable dates for such conference to be held.

**SO ORDERED.**

DATED:    New York, New York
              February 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge