UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DK REAL ESTATE GROUP LLC, et al
                     Plaintiffs

         -against-

KLEARWALL INDUSTRIES, LLC, et al
                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/2020

18 Civ. 7439 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, discovery in this matter has concluded and the parties do not wish to attend a settlement conference. ECF 79. It is hereby

    **ORDERED** that the parties shall attend a final case management conference on **April 16, 2020, at 10:40 A.M.** A party wishing to file a motion for summary judgment or other dispositive motion shall file a pre-motion letter by **April 2, 2020**, in the form provided in the Court's Individual Rules. Any party wishing to oppose shall file a responsive letter as provided in the Individual Rules. The motion will be discussed at the conference.

    If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar. The parties will be notified of the assigned trial-ready date and the filing deadlines for pretrial submissions. The parties are warned that any settlement discussions will not stay pretrial deadlines or the trial date.

Dated: March 5, 2020
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**