UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DK REAL ESTATE GROUP LLC et al., <br><br> Plaintiffs <br><br> - against - <br><br> KLEARWALL INDUSTRIES, LLC et al., <br><br> Defendants. | 18 Civ. 7439 <br><br> ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on April 16, 2020, a telephonic final case management conference was held to discuss Defendants' proposed motion for summary judgment.  It is hereby

**ORDERED** that, by **April 22, 2020**, Defendants shall file a letter regarding further settlement discussions and Plaintiffs shall file a letter regarding the narrowing of the complaint, all as discussed at the conference.

Dated: April 16, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**