UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DK REAL ESTATE GROUP LLC, et al                             :
                                        Plaintiffs          :
                    -against-                               :       18 Civ. 7439 (LGS)
                                                            :
KLEARWALL INDUSTRIES, LLC, et al                            :       ORDER
                                        Defendants.         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties participated in mediation and did not resolve any issues in this case.  ECF 90.  It is hereby

    **ORDERED** that, no later than June 23, 2020, the parties shall file a joint letter proposing next steps in this action.

Dated: June 16, 2020
    New York, New York

                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**